# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GASTON CHAVEZ-VAZQUEZ,

    Defendant.

Magistrate No. 2:19-mj-471-NJK

**ORDER TO SEAL**


FILED
2019 JUN 20 PM 12: 52
U.S. MAGISTRATE JUDGE

Based on the pending Application of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint, the Government's Application and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 20th day of June, 2019.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE